IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| John Hoffman, | : | |
| | : | Case No. 1:04cv293 |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | ORDER GRANTING |
| CSX Transportation, Inc., | : | PLAINTIFF'S MOTION FOR A |
| | : | CONTINUANCE |
| Defendant. | : | |

This matter comes before the Court on Plaintiff John Hoffman's Motion for Leave to Substitute New Counsel and for a Continuance of Trial (doc. #42).  With this motion, the Plaintiff indicates that he intends to retain new counsel, stating that current counsel is not as experienced in personal injury cases involving lung problems as he would like.  Accordingly, the Plaintiff seeks a continuance for an unspecified period of time so that new counsel can review his records.

The Court **GRANTS** the Plaintiff's motion and orders the Plaintiff to ensure that trial counsel enter an appearance within thirty (30) days.  The Court hereby vacates the currently scheduled September 26, 2006 final pretrial conference and October 23, 2006 trial.  Upon the entry of appearance of Plaintiff's trial counsel, the Court will schedule a conference with the parties to determine a new trial date.

IT IS SO ORDERED.

                    ___s/Susan J. Dlott_____
                    Susan J. Dlott
                    United States District Judge